In the Interest of J.W.H., Plaintiff; Juvenile Officer, Respondent,

v.

W.H. (Natural Father) and K.H. (Natural Mother), Appellants.

No. WD 60469.

Missouri Court of Appeals, Western District.

April 30, 2002.

Nathan M. Nickolaus, Jefferson City, MO, for J.W.H. and Guardian.

Jeanne Gordon, Jefferson City, MO, for Respondent.

Cyriil Hendricks, Jefferson City, MO, for Appellants.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

This is an appeal from a judgment terminating the parental rights of Mother and Father to their son, under §§ 211.447.2(1), 211.447.4(2) and 211.447.4(3), RSMo 2000. Their sole point on appeal asserts insufficient evidence to establish the grounds for termination as well as for termination being in the best interest of the child. The judgment is affirmed. Rule 84.16(b).